UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60524-CIV-DIMITROULEAS

Sheri Azran, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

Midland Credit Management, Inc. and
John Does 1-25,

    Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 10], and the Court having reviewed the Stipulation [DE 10] and being otherwise advised in the premises, it is therefore

**ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 10] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2021.

*(signature)*

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record